492

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD JOHNSON, Appellant.— Motion by appellant to enlarge time to perfect his appeal granted; time enlarged to the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. STANLEY MEADOWS, Defendant.— Motion by defendant to withdraw his motion to dispense with printing and for assignment of counsel, granted. The District Attorney is directed, if he has not already done so, to promptly comply with the directions of the County Court with respect to the submission and service of an order so that defendant, if so advised, may serve a notice of appeal from said order. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MORRISON, Appellant.— Motion by appellant for reargument, denied. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE PAQUA, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEROME SKOLL, Appellant.— [In each action] Motion by respondent to dismiss appeal granted, appeal dismissed. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR C. SCHULTZ, Appellant,— Motion by appellant to dismiss assigned counsel, denied. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ . THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH TOWNSEND, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's *coram nobis* application. Appellant, therefore, either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of the contents of such papers. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.